**LaMONICA HERBST & MANISCALCO, LLP**  **Presentment Date: September 30, 2019**
*Counsel to Salvatore LaMonica, as Chapter 7 Trustee*  **Objection Deadline: September 23, 2019**
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: (516) 826-6500
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                         Chapter 7

ONLINE DIAMONDS INTERNATIONAL CORP.,          Case No.: 19-12042 (SMB)
d/b/a ENCHANTED DIAMONDS, d/b/a
ENCHANTEDDIAMONDS.COM,

                Debtor.
-------------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF STIPULATION AND ORDER BETWEEN THE CHAPTER 7 TRUSTEE AND REALTIES 1430

**PLEASE TAKE NOTICE** that, on **September 30, 2019 at 10:00 a.m.**, Salvatore LaMonica, as Chapter 7 Trustee of the estate of Online Diamonds International Corp., d/b/a Enchanted Diamonds, d/b/a Enchanteddiamonds.com, by his undersigned counsel, will present the annexed Stipulation and Order Between the Chapter 7 Trustee and Realties 1430 ("Stipulation") for approval to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 ("Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation must be in writing, conform with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefor and be filed with the Court no later than **September 23, 2019** ("Objection Deadline") as follows: (I) through the Court's NextGen system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov and in portable document format (PDF) using Adobe Exchange Software for conversion; or (II) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable

media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope to the Clerk of the Court at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the Stipulation is not filed by the Objection Deadline, the relief requested may be deemed unopposed, and the Bankruptcy Court may approve the Stipulation without further notice.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Stipulation is timely filed by the Objection Deadline, a hearing will be scheduled before the Honorable Stuart M. Bernstein, notice of which will be provided separately.

Dated: September 4, 2019
      Wantagh, New York

                                      **LaMONICA HERBST & MANISCALCO, LLP**
                                      Counsel to Salvatore LaMonica, as Chapter 7 Trustee

                By:    *s/ Holly R. Holecek*
                       Holly R. Holecek, Esq.
                       A Partner of the Firm
                       3305 Jerusalem Avenue
                       Wantagh, New York 11793
                       Telephone: (516) 826-6500